UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN DIVISION

CASE NO.: 1:23-cv-21861-RMB-AMD

AUGUST IMAGE, LLC,

        Plaintiff,

v.

HIP HOP UNCENSORED, INC.,

        Defendant.

## NOTICE OF SETTLEMENT

Plaintiff AUGUST IMAGE, LLC by and through its undersigned counsel, hereby notifies the Court that the parties have reached a settlement and requests until June 13, 2025 in which to file a Stipulation of Dismissal.

| | |
|---|---|
| Dated: May 13, 2025 | Respectfully submitted, |
| | */s/ Rebecca A. Kornhauser* <br> REBECCA A. KORNHAUSER <br> Bar Number: 517662024 <br> rebecca.kornhauser@sriplaw.com |
| | **SRIPLAW, P. A.** <br> 41 Madison Avenue <br> 25th Floor <br> New York, New York 10010 <br> 646.517.3534 – Telephone <br> 561.404.4353 – Facsimile |
| | *Counsel for Plaintiff August Image, LLC* |